IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO.: WDQ-13-0620 |
| KENNETH GRAHAM | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 10th day of February, 2015, ORDERED that:

1. Graham's motion for an extension of time to file pretrial motions (ECF No. 19), BE, and HEREBY IS, DENIED AS MOOT;

2. Graham's motions for Rule 404(b) notice (ECF Nos. 20, 27), BE, and HEREBY ARE, DENIED AS MOOT;

3. Graham's motion for leave to file additional motions (ECF No. 21), BE, and HEREBY IS, DENIED AS MOOT;

4. Graham's motion to suppress witness identifications (ECF No. 22), BE, and HEREBY IS, DENIED AS MOOT;

5. Graham's motion to suppress statements (ECF No. 24), BE, and HEREBY IS, DENIED;

6. Graham's motion to suppress search and seizure (ECF No. 26), BE, and HEREBY IS, DENIED;

7. The government's motion *in limine* to admit 404(b) evidence (ECF No. 66), BE, and HEREBY IS, GRANTED IN PART:

      a.    The motion is granted as to the 911 calls;

      b.    The Court will defer ruling on the admissibility of jailhouse calls;

8. Graham's motion *in limine* to exclude expert testimony (ECF No. 70), BE, and HEREBY IS, DENIED AS MOOT;

9. The Court will defer ruling on Graham's motion *in limine* to exclude witness testimony (ECF No. 101);

10. The Court will defer ruling on the government's motions *in limine* to exclude evidence of prior convictions (ECF Nos. 104-1, 111);

11. Graham's and the government's motions to seal (ECF Nos. 104, 105, 110, 112); BE, and HEREBY ARE, GRANTED;

12. Graham's motion to redact or modify an exhibit (ECF No. 120), BE, and HEREBY IS, DENIED AS MOOT; and

13. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                                                  /s/
                                    William D. Quarles, Jr.
                                    United States District Judge